**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
RUSTEM NURLYBAYEV, Individually and On
Behalf of All Others Similarly Situated,            17 **CIVIL** 6130 (LTS) (SN)

                    Plaintiffs,            **JUDGMENT**

      -against-

ZTO EXPRESS (CAYMAN) INC., et al.,

                    Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 31, 2021, Plaintiffs' motion for leave to amend is denied in its entirety and the case is dismissed; accordingly, the case is closed.

**Dated:**  New York, New York
         March 31, 2021

                                      **RUBY J. KRAJICK**

                                      Clerk of Court
                 BY:
                                      Deputy Clerk